UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:24-po-00002-JCN |
| BRANDON HODGDON | |

**PROSECUTION VERSION OF THE OFFENSE**

On September 14, 2024, rangers with the National Park Service ("NPS") in Acadia National Park responded to a report of a vehicle parked on Long Pond Fire Road, which is public dirt road that is part of the park's property. Specifically, the report was regarding a vehicle parked partially in the roadway, with a possibly impaired operator. The first ranger to respond found the defendant, alone in his vehicle, pulled partially off the road with the vehicle running. There was an open container of alcohol in the front seat and he took a drink from that container when the first ranger to respond asked him about it. He showed signs of heavy impairment, such as slurred speech and irrational statements. He was removed from the vehicle once a second ranger arrived and showed additional signs of impairment as the rangers conversed with him. A third ranger arrived and upon seeing this third ranger, the defendant became agitated and walked in an aggressive manner towards that ranger. When restrained, he said he was going to kill that ranger. He was arrested and transported to a local hospital to be medically evaluated and to have a blood draw completed. En route to the hospital, and again at the hospital, he made offensive sexual gestures and comments towards a female ranger and also towards staff at the hospital. These comments and gestures were made in the presence of other civilian witnesses, such as EMS and hospital personnel. He also

Page 1

continued to make threatening statements about one of the rangers throughout the night. Ultimately a blood draw was completed, which came back with a result of 0.31 grams per 100 ml.

Dated this 14th day of November, 2024.

Respectfully submitted,

DARCIE N. MCELWEE
United States Attorney

*/s/Ethan R. Plaut*
Ethan R. Plaut
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 14, 2024, I electronically filed the Government's Prosecution Version of the Offense with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Matthew Erickson, Esq.

                                DARCIE N. MCELWEE
                                United States Attorney

                                */s/Ethan R. Plaut*
                                Assistant U.S. Attorney
                                United States Attorney's Office
                                202 Harlow Street, Suite 111
                                Bangor, ME 04401
                                (207) 945-0373